Fill in this information to identify the case:

Debtor name: __Dixie Centers LLC__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
FT. Laudersale Division
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 4,200,000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $ _____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ 4,200,000

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 1,812,758

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ 18,321

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. + $ _____

4. **Total liabilities**.................................................................................. $ 1,831,079
   Lines 2 + 3a + 3b